# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1394

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Jose Sanchez-Gonzales, also known as | * | |
| Jesus Sandoval-Chiquete, also known | * | **[UNPUBLISHED]** |
| as Jesus C. Sandoval, also known as | * | |
| Francisco Cardena Rivera, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: August 1, 2003
Filed: August 15, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jose Sanchez-Gonzales, a/k/a Jesus Sandoval, pled guilty to illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), and possessing with intent to distribute 100 kilograms or more of a mixture or substance containing marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii). The district court[1] sentenced him

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

to concurrent prison terms of 24 months on the illegal-reentry count and 120 months on the drug count, to be followed by concurrent supervised-release terms totaling 8 years. On appeal, counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

We find no plain error in the court's acceptance of the guilty plea. <u>See</u> <u>United States v. Vonn</u>, 535 U.S. 55, 58-59 (2002). Further, we have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), and we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.